## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** William M. Woodard<br>      **aka Willian Michael Woodard**<br>      **aka William Woodard**<br><br>                    **Debtor** | **BK NO. 18-03082 JJT**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PACIFIC UNION FINANCIAL, LLC and index same on the master mailing list.

                                  Respectfully submitted,

                                  **/s/ James C. Warmbrodt, Esquire**
                                  James C. Warmbrodt, Esquire
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  215-627-1322