```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 18-03082-JJT
William M. Woodard                                              Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-5         User: CGambini            Page 1 of 1          Date Rcvd: Aug 29, 2018
                             Form ID: ntcnfhrg         Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db            +William M. Woodard,    1609 Clover Rd.,    Long Pond, PA 18334-7748
5087708        Elevations Health Club,    PA-611,    Scotrun, PA 18355
5087709       +First Credit Services,    377 Hoes Lane, Suite 200,    Piscataway, NJ 08854-4155
5087710        First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
5087711       +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                 Philadelphia, PA 19106-1538
5087712       +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5087713       +Lynda J. Farrell,    1609 Clover Rd.,    Long Pond, PA 18334-7748
5087715        Mustac Filomeno,    80 Hamilton Ave.,    Lodi, NJ 07644-1408
5087720       +Pocono Medical Center,    206 East Brown St.,    East Stroudsburg, PA 18301-3094
5087721        Walter Clark,    832 Blue Mountain Lake,    E. Stroudsburg, PA  18301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5087706       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2018 19:23:59     CACH, LLC,
                 4340 S. Monaco St., 2nd Fl.,    Denver, CO 80237-3485
5087707       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2018 19:24:27     Capital One,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
5087714       +E-mail/Text: bknotices@totalcardinc Aug 29 2018 19:16:45     Mid America Bank & Trust,
                 5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
5087716       +E-mail/Text: Bankruptcies@nragroup.com Aug 29 2018 19:17:15     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5087717        E-mail/PDF: pa_dc_ed@navient.com Aug 29 2018 19:23:23
                 Navient U S. Dept of Education Loan Serv,    P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
5087718        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2018 19:16:39     PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5087719       +E-mail/Text: bankruptcy@loanpacific.com Aug 29 2018 19:17:11     Pacific Union Financial, LLC,
                 Mail Stop 60120,   1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
5091814       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2018 19:16:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5087722*      +William M. Woodard,    1609 Clover Rd.,    Long Pond, PA 18334-7748
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor 1 William M. Woodard tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| William M. Woodard,<br>aka Willian Michael Woodard, aka William Woodard, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18–bk–03082–JJT |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 9, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: October 16, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 29, 2018 |

ntcnfhrg (03/18)