UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

William M. Woodard                                           Case No.: 18-03082

    And

Debtors                                                      : CHAPTER 13

## ENTRY OF APPEARANCE AND NOTICE

Monroe County Tax Claim Bureau hereby enters its appearance and request for notice as a secured and priority creditor and holder of real estate taxes with the following mailing address:

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA  18360
Email: MKnitter@monroecountypa.gov

    "/s/ Melinda S. Knitter"
    Melinda S. Knitter, Bankruptcy Clerk

Parcel #19/3G/1/57