# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

November 12, 2018

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re:  William M Woodward
**Chapter 13 Bankruptcy
Case No. 5-18-03082**

Dear Sir/Madam:

I have received returned mail for CACH, LLC , a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 4340 S. Monaco St, 2nd Fl, Denver Co 80237. Please be advised the correct information is as follows:

CACH, LLC D/B/A
Resurgent Capital Services, LP
P.O. Box 10497, Greenville, SC 29603 Main Office NMLS ID#2301

I served the Notice and Chapter 13 Plan at the above address on November 12, 2018. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/ac