United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
William M. Woodard  
    Debtor

Case No. 18-03082-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: CGambini     Page 1 of 1     Date Rcvd: Apr 10, 2019  
                   Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
5107019       +E-mail/Text: bankruptcy@loanpacific.com Apr 10 2019 19:24:54      Pacific Union Financial, LLC,  
         1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
                                                                                                                                                            TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
        James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
         bkgroup@kmllawgroup.com  
        James  Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
        Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
         pa-bk@logs.com  
        Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov  
        Tullio  DeLuca    on behalf of Debtor 1 William M. Woodard tullio.deluca@verizon.net  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                                                                           TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-03082-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

William M. Woodard
1609 Clover Rd.
Long Pond PA 18334

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/10/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: Pacific Union Financial, LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619094
Dallas, TX 75261-9741
Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619094
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/12/19

Terrence S. Miller
**CLERK OF THE COURT**