United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                      Case No. 18-03082-RNO
William M. Woodard                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: Christoph          Page 1 of 2          Date Rcvd: Nov 25, 2019
                             Form ID: ordsmiss          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
```
db          +William M. Woodard,    1609 Clover Rd.,    Long Pond, PA 18334-7748
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al.,    8950 Cypress Waters Blvd,
              Coppell, TX 75019-4620
5087706     +CACH, LLC DBA,    Resurgent Capital Services LP,    PO Box 10497,    Greenville, SC 29603-0497
5115366      CACH, LLC its successors and assigns as assignee,    of Genesis Bankcard Services, Inc.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5087708     +Elevations Health Club,    PA-611,    Scotrun, PA 18355
5087709     +First Credit Services,    377 Hoes Lane, Suite 200,    Piscataway, NJ 08854-4155
5087711     +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
              Philadelphia, PA 19106-1538
5087712     +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5087713     +Lynda J. Farrell,    1609 Clover Rd.,    Long Pond, PA 18334-7748
5087715     +Mustac Filomeno,    80 Hamilton Ave.,    Lodi, NJ  07644-1408
5184117     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619094,    Dallas, TX 75261-9094
5184118     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619094,    Dallas, TX 75261-9741,
              Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619094,    Dallas, TX 75261-9094
5107019     +Pacific Union Financial, LLC,    1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
5087719     +Pacific Union Financial, LLC,    Mail Stop 60120,    1603 LBJ Freeway, Suite 500,
              Farmers Branch, TX 75234-6071
5087720     +Pocono Medical Center,    206 East Brown St.,    East Stroudsburg, PA 18301-3094
5087721      Walter Clark,    832 Blue Mountain Lake,    E. Stroudsburg, PA  18301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5087707     +EDI: CAPITALONE.COM Nov 26 2019 00:03:00      Capital One,    PO Box 30285,
              Salt Lake City, UT 84130-0285
5110840      EDI: CAPITALONE.COM Nov 26 2019 00:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
5087710      EDI: AMINFOFP.COM Nov 26 2019 00:03:00      First Premier Bank,    P.O. Box 5524,
              Sioux Falls, SD 57117-5524
5087714     +EDI: TCISOLUTIONS.COM Nov 26 2019 00:03:00      Mid America Bank & Trust,
              5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
5087716     +E-mail/Text: Bankruptcies@nragroup.com Nov 25 2019 19:04:19      National Recovery Agency,
              2491 Paxton Street,    Harrisburg, PA 17111-1036
5114929      EDI: NAVIENTFKASMDOE.COM Nov 26 2019 00:03:00
              Navient Solutions, LLC. obo the dept of education,    Navient Solutions, LLC. obo,
              Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
5087717      EDI: NAVIENTFKASMDOE.COM Nov 26 2019 00:03:00      Navient U S. Dept of Education Loan Serv,
              P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
5087718      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 25 2019 19:03:59      PA Dept. of Revenue,
              Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5091814     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 25 2019 19:03:59
              Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
                                                                                          TOTAL: 9


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5170027      8950 Cypress Waters Blvd, Coppell, Texas 75019
5170026      Nationstar Mortgage LLC d/b/a Mr. Cooper as succes
5087722*    +William M. Woodard,    1609 Clover Rd.,    Long Pond, PA 18334-7748
                                                                         TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                    Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    James  Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
    bkgroup@kmllawgroup.com
    James  Warmbrodt   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
    Kevin S Frankel   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
    pa-bk@logs.com
    Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
    Tullio  DeLuca   on behalf of Debtor 1 William M. Woodard tullio.deluca@verizon.net
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                     TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William M. Woodard,                                      Chapter        13
aka Willian Michael Woodard, aka William Woodard,

**Debtor 1**                                             Case No.       5:18–bk–03082–RNO

## <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  November 25, 2019                 By the Court,

                                          Honorable Robert N. Opel, II
                                          United States Bankruptcy Judge
                                          By: ChristopherGambini, Deputy Clerk

ordsmiss (05/18)